## JULIAN TIJERNIA V. THE STATE.

No. 20474. Delivered June 14, 1939.
Rehearing Denied October 18, 1939.

The opinion states the case.

*J. W. McCullough,* of McKinney, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $50.00 and confinement in the county jail for five days.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.

### ON MOTION FOR REHEARING.

KRUEGER, Judge.

The appellant only complains in his motion for rehearing of the sufficiency of the indictment. We have again carefully examined the same and remain convinced that it is sufficient to charge the offense.

The motion for a rehearing is overruled.

The foregoing opinion of the Commission of Appeals has

been examined by the Judges of the Court of Criminal Appeals and approved by the Court.